DARIN D. SMITH
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2984
jasmine.peters@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No.  25-cv-00207 |
| | ) | |
| BROOKE GOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT TO ENFORCE CONTRACT

Plaintiff United States of America, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorney Jasmine M. Peters, brings this *Complaint to Enforce Contract* against Defendant Brooke Gowen for the outstanding restitution owed pursuant to the *Agreement for Pretrial Diversion*.

### JURISDICTION AND VENUE

1. Jurisdiction is vested in the United States District Court for the District of Wyoming pursuant to 28 U.S.C. § 1345 and 28 U.S.C. § 2415(a).

2. The United States District Court for the District of Wyoming is the proper venue because Defendant Brooke Gowen is a resident of Wyoming and the actions giving rise to this complaint occurred in Wyoming. 28 U.S.C. § 1391(b)(1)–(2).

### PARTIES

3. Plaintiff is the United States of America.

4. Defendant Gowen is a resident of Fremont County, Wyoming and resides at 845 N. 6th Street, No. 6, Lander, Wyoming 82520.

### GENERAL ALLEGATIONS

5. On March 25, 2024, Defendant Gowen entered into an *Agreement for Pretrial Diversion* (PTD) with the United States Attorney's Office for the District of Wyoming (USAO).

6. Under the PTD, Defendant Gowen was "reported to have committed offenses against the United States beginning [on] or about July 1, 2019, and continuing through on or about May 22, 2020, in violation of 18 U.S.C. § 641 (Theft of Public Money, Property, or Records) and 18 U.S.C. § 408(a)(4) (Federal Insurance Benefit Fraud), in that you did: misappropriate $29,205 in Federal Insurance Benefits belonging to the Social Security Administration, a department or agency of the United States, intended for the care of your children, but which you instead converted for your own use and, further, that you failed to disclose facts, to wit: that you no longer had care and custody of your children, that would affect your continued right to payment of such benefits."

7. By entering into the PTD, Defendant Gowen accepted responsibility for her behavior.

8. According to the PTD, the USAO agreed to defer prosecution for a period of eighteen months from the date the United States Probation Officer signed the PTD, provided Defendant Gowen complies with the conditions and requirements of the PTD.

9. The United States Probation Officer signed the PTD on March 27, 2024.

10. As a term of the PTD, Defendant Gowen agreed to pay restitution in the amount to $29,205.00 to the Social Security Administration and execute a wage assignment with her employer in the amount of no less than $400.00 to be withheld from her paychecks.

11. As of August 20, 2025, Defendant Gowen has paid $6,600.00 towards the outstanding restitution. A balance of $22,605.00 remains outstanding.

12. The term of the PTD is set to expire on September 27, 2025.

**CAUSE OF ACTION: ENFORCEMENT OF CONTRACT, 28 U.S.C. § 2415(a)**

13. The United States incorporates paragraphs 1 through 12 as if fully stated herein.

14. Under the PTD, Defendant Gowen agreed to pay restitution in the amount of $29,205.00 to the Social Security Administration for the allegations contained within the PTD.

15. Defendant Gowen has not, and will not, be able to satisfy the restitution requirement under the PTD.

16. Accordingly, the United States is entitled to enforce the terms of the PTD through a civil action and obtain judgment against Defendant Gowen for the outstanding restitution balance.

**WHEREFORE**, the United States prays for the following relief:

1. Judgment to be entered against Defendant Brooke Gowen in the amount of $22,605.00, without post-judgment interest; and

2. For all other relief this Court deems just and appropriate.

Dated September 8, 2025

DARIN D. SMITH
United States Attorney

JASMINE M. PETERS
Assistant United States Attorney